161 A.3d 795

Scott F. LINDE, as Trustee of the Scott F. Linde Family's Corporation Trust, Petitioner

v.

Eric LINDE and Linde Enterprises, Inc., a Pennsylvania Corporation, Respondents

No. 492 MAL 2016

Supreme Court of Pennsylvania.

November 22, 2016

588

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.